438 A.2d 627

Commonwealth v. McAfee, Appellant.

Petition for Allowance of Appeal Denied Jan. 15, 1982.

Submitted March 11, 1981.  Burton A. Rose, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

Order affirmed.